# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Karim Abdul Akbar,

    Plaintiff(s),

vs.

Robert C. Lewis, et al.,,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-23-GCM

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/22/2010 Order.

Signed: January 22, 2010

Frank G. Johns, Clerk
United States District Court